1   GIA N. MARINA
    Nevada Bar No. 15276
2   **CLARK HILL PLLC**
    3800 Howard Hughes Drive, Suite 500
3   Las Vegas, Nevada  89169
    E-mail: gmarina@clarkhill.com
4   Telephone:  (702) 862-8300
    Facsimile:  (702) 778-9709
5   *Attorney for Defendant*
    *Equifax Information Services LLC*
6

7

8                **UNITED STATES DISTRICT COURT**
                 **DISTRICT OF NEVADA**
9

10  ROSALINA SHAAKOV,                          )  **Case No. 2:22-cv-01834-GMN-DJA**
                                               )
                                               )
11             Plaintiff,                      )
                                               )
12  vs.                                        )  **JOINT MOTION FOR EXTENSION OF**
                                               )  **TIME FOR DEFENDANT EQUIFAX**
13  EQUIFAX INFORMATION SERVICES, LLC,         )  **INFORMATION SERVICES LLC TO**
    FREEDOM FINANCIAL ASSET                    )  **FILE ANSWER**
14  MANAGEMENT LLC DBA FREEDOM                 )
    PLUS and CLARK COUNTY CREDIT               )  **SECOND REQUEST**
15  UNION,                                     )
                                               )
16                                             )
               Defendants.                     )
17                                             )
                                               )
18  _____       )

19          Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

20  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

21  no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

22  to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

23  move or otherwise respond to the Complaint in this action is extended from December 27, 2022

24  through and including **January 26, 2023**.  The request was made by Equifax so that the parties may

25  have

26  / /

27  / /

28  / /

1   additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed

2   in good faith and not intended to cause delay.

3          Respectfully submitted, this 22nd day of December, 2022.

4

5   CLARK HILL PLLC                                *Services LLC*
                                                   **No opposition**
6   By:  /s/Gia N. Marina
    Gia N. Marina                                   /s/ Michael Kind
7   Nevada Bar No. 15276                            Michael Kind, Esq.
    3800 Howard Hughes Pkwy,                        Nevada Bar No. 13903
8   Suite 500                                       KIND LAW
    Las Vegas, NV 89169                             8860 South Maryland Parkway, Suite 106
9   Tel: (702) 862-8300                             Las Vegas, NV 89123
    Fax: (702) 778-9709                             Phone: (702) 337-2322
10  Email: gmarina@clarkhill.com                    Fax: (702) 329-5881
                                                    Email: mk@kindlaw.com
11
    *Attorney for Defendant Equifax Information*
12                                                  George Haines, Esq.
                                                    Nevada Bar No. 9411
13                                                  Gerardo Avalos, Esq.
                                                    Nevada Bar No. 15171
14                                                  HAINES & KRIEGER, LLC
                                                    8985 S. Eastern Ave., Suite 350
15                                                  Henderson, NV 89123
                                                    Phone: (702) 880-5554
16                                                  Fax: (702) 385-5518
                                                    Email: ghaines@freedomlegalteam.com
17                                                  Email: gavalos@freedomlegalteam.com
18
                                                    *Attorneys for Plaintiff*
19

20

21

22  IT IS SO ORDERED:

23

24  _____
    United States Magistrate Judge

25  DATED:  ___12/28/2022_____

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that a true and exact copy of the foregoing has been served this 22nd day of

3    December, 2022, via CM/ECF, upon all counsel of record:

4

5
                                        By: /s/ Gia N. Marina
6                                       Gia N. Marina
                                        Nevada Bar No. 15276
7                                       3800 Howard Hughes Pkwy, Suite 500
                                        Las Vegas, NV 89169
8                                       Tel: (702) 862-8300
                                        Fax: (702) 778-9709
9                                       Email: gmarina@clarkhill.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28