Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Rosalina Shaakov*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rosalina Shaakov,<br>          Plaintiff,<br> v.<br><br>Equifax Information Services, LLC et al,<br>          Defendants. | Case No.: 2:22-cv-01834-GMN-DJA<br><br>**Stipulation for dismissal of Clark County Credit Union with prejudice** |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Rosalina Shaakov and Clark County Credit Union stipulate to dismiss Plaintiff's claims

STIPULATION                            - 1 -

against Clark County Credit Union with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 18, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Rosalina Shaakov*

**THE BALL LAW GROUP**

/s/ Zachary T. Ball
Zachary T. Ball, Esq.
1935 Village Center Circle, Suite 120
Las Vegas, NV 89134
*Counsel for Clark County Credit Union*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 20, 2023

STIPULATION                                    - 2 -