1   Michael Kind, Esq.
    Nevada Bar No.: 13903
2   **Kind Law**
3   8860 South Maryland Parkway, Suite 106
4   Las Vegas, Nevada 89123
5   (702) 337-2322
    (702) 329-5881 (fax)
6   mk@kindlaw.com
7
8   George Haines, Esq.
    Nevada Bar No.: 9411
9   Gerardo Avalos, Esq.
    Nevada Bar No.: 15171
10  **FREEDOM LAW FIRM**
11  8985 S. Eastern Ave., Suite 350
12  Las Vegas, Nevada 89123
    (702) 880-5554
13  (702) 385-5518 (fax)
14  Ghaines@freedomlegalteam.com
    *Attorneys for Plaintiff Rosalina Shaakov*
15

16          **UNITED STATES DISTRICT COURT**
17              **DISTRICT OF NEVADA**
18

19   Rosalina Shaakov,                    | Case No.: 2:22-cv-01834-GMN-DJA
                Plaintiff,
20    v.                                   | **Stipulation for dismissal of**
21                                         | **Equifax Information Services LLC**
                                           | **with prejudice**
22   Equifax Information Services, LLC et
23   al,
                Defendants.
24

25          Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Rosalina
26  Shaakov and Equifax Information Services LLC stipulate to dismiss Plaintiff's
27

---

STIPULATION                    - 1 -

1   claims against Equifax Information Services LLC with prejudice. Each party will

2   bear its own costs, disbursements, and attorney fees.

3        Dated: May 22, 2023.

4

5   **KIND LAW**

6    /s/ Michael Kind

7   Michael Kind, Esq.
    8860 South Maryland Parkway, Suite 106

8   Las Vegas, Nevada 89123

9

10  **FREEDOM LAW FIRM**

11   /s/ George Haines

12  George Haines, Esq.
    8985 S. Eastern Ave., Suite 350

13  Las Vegas, Nevada 89123
    *Counsel for Plaintiff Rosalina Shaakov*

14

15  **CLARK HILL PLLC**

16  /s/ Gia Marina

17  Gia Marina, Esq.
    1700 S. Pavilion Center Drive, Suite 500

18  Las Vegas, Nevada 89135

19  *Counsel for Equifax Information Services LLC*

20                          **ORDER**

21

22  **IT IS SO ORDERED**.  The Clerk of Court is

23  instructed to close the case.

24  _____

25  UNITES STATES DISTRICT JUDGE

26

27  DATED:_____May 22, 2023_____

    STIPULATION                          - 2 -